UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
Eastern Division

James C Snow
                        Plaintiff,

v.                                                    Case No.: 1:17−cv−04015
                                                             Honorable John Robert Blakey

Ghaliah Obaisi, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 9, 2019:

      MINUTE entry before the Honorable John Robert Blakey: Plaintiff's unopposed motion for extension of time to complete discovery [139] is granted. Fact discovery shall be completed on or before 12/20/2019. Motion hearing set for 8/13/2019 is stricken. Status hearing set for 9/10/2019 is stricken and reset for 11/20/2019 at 9:45 a.m. in Courtroom 1203. Tiffanie Limbrick and James Butcher's motions for leave to appear pro hac vice [125] and [126] are granted. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.