**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JAMES C. SNOW (N-50072), | ) | |
| | ) | Case No. 1:17-cv-04015 |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| GHALIAH OBAISI, INDEPENDENT EXECUTOR OF THE ESTATE OF SALEH OBAISI, CHARLES OKEZI, CATALINO BAUTISTA, WEXFORD HEALTH SOURCES, INC., RANDY PFISTER, and WALTER NICHOLSON, | ) ) ) ) ) ) ) | Honorable John Robert Blakey  <br><br>**JURY TRIAL DEMANDED** |
| Defendants. | | |

# EXHIBIT 6 – DECLARATION OF MARLENE HENZE, M.D.

# FILED UNDER SEAL

# (PENDING MOTION FOR LEAVE TO FILE SEALED DOCUMENTS, DKT #193)