UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES C. SNOW, <br><br> Plaintiff, <br><br> v. <br><br> WEXFORD HEALTH SOURCES, INC., *et al.*, <br><br> Defendants. | Case No. 1:17-cv-4015 <br><br> Hon. John Robert Blakey |

**JOINT MOTION TO EXTEND TIME FOR DISMISSAL WITH PREJUDICE**

Plaintiff James C. Snow and Defendant Wexford Health Sources, Inc. ("Wexford") jointly move the Court to extend the time for this case to convert from a dismissal without prejudice to a dismissal with prejudice.

1. On August 9, 2022, Plaintiff filed a motion to dismiss his claims against Wexford without prejudice, per the terms of the parties' settlement agreement. ECF No. 293.

2. On August 10, 2022, the Court granted Plaintiff's motion to dismiss his claims against Wexford without prejudice. The Court noted that "[a]bsent further order, this dismissal shall convert to a dismissal with prejudice on 7/20/23." ECF No. 294.

3. Since that time, the parties have been working to meet the terms of the settlement agreement. The parties need additional time to fulfill those terms, which include the provision of certain health care services to Plaintiff that have not yet been provided, and respectfully request that the Court extend the time for the conversion of the dismissal without prejudice to one with prejudice.

4. The parties anticipate that extending the conversion date by an additional six months will provide sufficient time for the terms of the settlement agreement to be fulfilled and this matter to be finally resolved.

WHEREFORE, the Parties respectfully request that the Court extend the time for converting the dismissal without prejudice to a dismissal with prejudice by an additional six months, to January 31, 2024.

Dated: July 14, 2023

*/s/ Robert S. Tengesdal*
Attorney for Wexford Health Sources, Inc.

Robert S. Tengesdal
CONNOLLY KRAUSE LLC
500 West Madison Street, Suite #3900
Chicago, IL 60661
(312) 253-6200
rtengesdal@cktrials.com

*Counsel for Defendant Wexford Health Sources, Inc.*

Respectfully submitted,

*/s/ Eric S. Mattson*
Attorney for James C. Snow

Eric S. Mattson
Leslie Kuhn-Thayer
Marisa E. Levitt
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036
emattson@sidley.com
lkuhntha@sidley.com
mlevitt@sidley.com

*Counsel for Plaintiff James C. Snow*